UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS KNIGHTS & ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-01667-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE REVIEW UNDER 28 U.S.C. § 1915**<br><br>Re: Dkt. No. 11 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Review Under 28 U.S.C. § 1915. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this complaint is dismissed with leave to amend. *See Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995) ("[A] pro se litigant is entitled to notice of the complaint's deficiencies and an opportunity to amend prior to dismissal of the action."). Plaintiff shall file an amended complaint within twenty-one (21) days of the date of this order. The amended complaint must address the deficiencies identified and discussed at length in the Order to Show Cause issued by Judge Spero. Dkt. No. 10. Failure to adequately address these issues, or to file an amended complaint by the deadline, may result in the dismissal of the action in its entirety without further leave to amend.

**IT IS SO ORDERED.**

Dated: 6/28/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge