UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE CAMPBELL,<br><br>        Plaintiff,<br><br>    v.<br><br>DOUGLAS KNIGHTS & ASSOCIATES, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-01667-HSG<br><br>**ORDER DISMISSING ACTION WITHOUT LEAVE TO AMEND** |

On June 28, 2021, the Court dismissed Plaintiff's complaint, but granted Plaintiff leave to amend the complaint by July 19, 2021. Dkt. No. 14. The Court advised Plaintiff that failure to file an amended complaint by the deadline may result in the dismissal of the action. *Id.* Plaintiff failed to file an amended complaint by the deadline. The Court therefore **DISMISSES** the case in its entirety without further leave to amend. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 7/22/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge